THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIDNEY GINSBERG on Behalf of JAMES BOWDEN, JR. v. WARDEN.— Motion to reverse dismissal of habeas corpus petition and for other relief denied in all respects and the appeal dismissed. Concur — Stevens, P. J., McGivern, Markewich, Tilzer and Capozzoli, JJ.

In the Matter of LEWIS J. BLUM (Admitted as LEWIS JOSEPH BLUM).— Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York. Concur — McGivern, J. P., Markewich, Nunez, Tilzer and Eager, JJ.

In the Matter of C. JAMES LOMBARDI, JR. v. EDWARD R. DUDLEY et al.— Application, in the nature of mandamus, denied and the petition dismissed, without costs and without disbursements. Concur — Stevens, P. J., McGivern, Markewich, Nunez and Capozzoli, JJ.

In the Matter of LOREN D. GARDNER (Admitted as LOREN DERAN GARDNER).— Motion for reargument denied in all respects; the stay dated June 7, 1972, affixed to the notice of motion, vacated; and the effective date of respondent's suspension from practice as an attorney and counselor at law in the State of New York is extended to July 31, 1972. Concur — Stevens, P. J., Markewich, Nunez, Murphy and Steuer, JJ.